**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-20530-BLOOM/Otazo-Reyes**

CESAR A. SALAZAR CANO,

    Plaintiff,
v.

THE EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION (EEOC),
FLORIDA COMMISSION ON
HUMAN RELATIONS(FCHR), AND
BROWARD COUNTY PUBLIC SCHOOL (BCPS),

    Defendants.
_____/

**ORDER STRIKING SUPPLEMENTAL FILING**
**RELATING TO MOTION TO DISMISS**

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Defendant Broward County Public School previously filed its Motion to Dismiss, ECF No. [12] ("Motion"), which is fully briefed and ripe for this Court's review. *See* ECF Nos. [15], [21]. Plaintiff has now filed a Response and Opposition to Defendant School Board's Reply in Support of Motion to Dismiss, ECF No. [23] ("Supplement"), without seeking prior leave of Court. Plaintiff's Supplement is plainly improper and contrary to the requirements of Local Rule 7.1(c)(1), which states, in relevant part:

> For all motions, . . . each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion . . . . The movant may, within seven (7) days after service of an opposing memorandum of law, file and serve a reply memorandum in support of the motion, which reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law. **No further or additional memoranda of law shall be filed and served without prior leave of Court.** All materials in support of any motion, response, or reply, including affidavits and declarations, shall be served with the filing.

Case No. 22-cv-20530-BLOOM/Otazo-Reyes

S.D. Fla. L.R. 7.1(c)(1) (emphasis added).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Supplement, **ECF No. [23]**, is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 25, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record